IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERMOTIVE, INC.,

    Plaintiff,                      No. CIV S-05-844 KJM GGH

    vs.

INPOWER, LLC,

    Defendant.                   <u>ORDER</u>

_____/

        This matter was on the court's calendar for status on February 9, 2011. Charles Thoeming of Bielen, Lampe and Thoeming appeared telephonically for plaintiff; Richard Hoffmann of Reising, Ethington, PNC, and Stephen Davis of Davis & Leonard LLP appeared telephonically for defendant.

        Within forty-five days of the date of this order, the parties are to notify the court whether they have reached a settlement. If the case does not settle, the parties shall brief the question whether the stay currently in effect should be lifted, with plaintiff's notice setting the matter on calendar and its motion due forty-five days from the date of this order. Opposition and reply are due in compliance with Local Rule 230(b) based on the date of the hearing.

        IT IS SO ORDERED.

DATED: February 10, 2011.

                                                               UNITED STATES DISTRICT JUDGE

2/inter0844.ord

1