BIELEN, LAMPE & THOEMING, P. A.
Charles L. Thoeming (State Bar No. 153504)
Theodore J. Bielen, Jr. (State Bar No. 56395)
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
Telephone: (925)288.9720
Facsimile: (925)288.9731
hadvbaxen@eartlhink.net

Attorneys for Plaintiff
INTERMOTIVE, INC.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMOTIVE, INC., | Case No. CIV-05-844 KJM GGH |
| Plaintiff, | ORDER |
| vs. | |
| INPOWER, LLC, | Judge: Honorable Kimberly J. Mueller |
| Defendant. | |

_____/

This matter comes before the Court on the parties stipulation to lift stay.

In an Order dated January 3, 2007, the Court granted an Agreed Motion to Stay filed by Intermotive and Defendant InPower, LLC ("InPower"). The Court's Order stayed the action pending completion of the *inter partes* reexamination of the patent-in-suit. At the time, the United States Patent and Trademark Office had granted InPower's request for *inter partes* reexamination on the patent-in-suit. *Inter Partes* Reexamination has been completed for the patent-in-suit.

After reviewing the materials submitted by the parties it appears all reexamination proceedings and any associated appeals in the United States Patent and Trademark Office (USPTO) for U. S. Letters Patent No. 6,594,565 have ended.

The Court grants the stipulation to lift stay in all things and directs the parties to file a joint status report addressing the status of the litigation and a proposed schedule for future proceedings within thirty days of the date of this order.

IT IS SO ORDERED.

Dated: April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE